**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6113**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK GREEN,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting
by designation. (CR-93-180, CA-96-2573)

———————————

Submitted: May 15, 1997                    Decided: May 29, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Derrick Green, Appellant Pro Se. Bonnie S. Greenberg, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking relief from the district court's prior order denying his Fed. R. Crim. P. 41(e) motion for return of seized property. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. United States v. Green, Nos. CR-93-180; CA-96-2573 (D. Md. Jan. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED